IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KERN S. SALEENA,<br><br>                Plaintiff,<br><br>   vs.<br><br>DOUGLAS COUNTY DISTRICT COURT, NEBRASKA COURT OF APPEALS, and JUDICIAL OFFICERS AND CLERKS, in their official capacities;<br><br>                Defendants. | 8:25CV449<br><br>ORDER TO SHOW CAUSE |

      Federal Rule of Civil Procedure 4(m) provides, "If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

      Plaintiff filed the Complaint and Motion for Preliminary Injunction on July 14, 2025 (Filing No. 1; Filing No. 2) and Plaintiff was issued blank summons forms on July 15, 2025. (Filing No. 3). Summons were issued on August 15, 2025 as to defendant Douglas County District Court and defendant Nebraska Court of Appeals. (Filing No. 5). More than 90 days has elapsed since the Complaint was filed. To date, Plaintiff has not filed a return of service indicating service on any defendant and none of the defendants have voluntarily appeared.

      Accordingly, IT IS ORDERED that Plaintiff shall have until November 3, 2025 to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), or take appropriate action. The failure to timely comply with this order may result in dismissal of this action without further notice.

      Dated this 20th day of October, 2025.

                                                                       BY THE COURT:

                                                                       s/ Ryan C. Carson<br>
                                                                       United States Magistrate Judge